IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DANIEL LARA HERMOSILLO, Mexico<br><br>Petitioner,<br><br>v.<br><br>MARIA DOLORES GUITERREZ,<br><br>Respondent. | **SEALED**<br><br>Case No. 4:05CV3240 |

## ORDER FOR FILING PETITION UNDER SEAL

Petitioner has requested that his Petition be filed under seal in order to protect the privacy of a minor child and to comply with Article 8 of the Hague Convention, 51 Fed. Reg. 10493 (1986). The Court finds that Petitioner has demonstrated good cause for filing under seal. Therefore, IT IS ORDERED that the Verified Petition for Return of Child to Petitioner and Petition for Immediate Issuance of Show Cause Order to Respondent and Brief in Support of Petition for Return of Child may be filed under seal in unredacted form in accordance with Rule 5 of the Civil Rules in the United States District Court in the District of Nebraska.

DATE 9/16/05

BY THE COURT:

Richard G. Kopf
United States District Judge