IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DANIEL LARA HERMOSILLO, | ) | 4:05CV3240 |
| | ) | |
| Petitioner, | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| MARIA DOLORES GUITERREZ, | ) | |
| | ) | |
| Respondent. | ) | |

Both parties, the minor child, and the guardian ad litem appeared before me on October 5, 2005. The petitioner was represented by counsel (provided through the University of Nebraska College of Law clinic). The respondent was not represented by counsel. The court's interpreter was also present and provided translation services to both parties.

Since the respondent was served with the restraining order and associated memorandum and order on October 4, 2005, she sought a continuance in order to prepare and acquire counsel.[1] After hearing the views of those in attendance, and giving special consideration to the view of the guardian ad litem,

IT IS ORDERED that:

1. The show cause hearing in this matter is continued until Friday, October 28, 2005, at 4:00 P.M., in Courtroom No. 1 at the United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Petitioner,

---

[1] For the purpose of obtaining counsel, the guardian ad litem was directed to assist Respondent in contacting the Nebraska Bar Association's lawyer referral program if she so desired. Of course, Respondent is free to retain counsel in any manner she may think best.

Respondent, and their minor child, Pedro Daniel Hermosillo Gutierrez, shall be present at the hearing.

2. Petitioner may visit his son at reasonable times and places to be approved and supervised by the guardian ad litem, Joel G. Lonowski. Said visitations shall be at least one hour in length, and may be longer, as determined by the guardian ad litem. Respondent is ordered to make the child available for these visitations and cooperate with the guardian ad litem to that end.

3. Respondent shall report to the guardian ad litem by telephone each day from this day forward until October 28, 2005.

4. The temporary restraining order previously entered by the court shall remain in effect until the conclusion of the hearing scheduled for October 28, 2005, or until the conclusion of any continuation of such hearing.

5. The Clerk of the Court shall mail a copy of this order to Respondent at the following address:

Maria Dolores Guiterrez
825 Linden
Crete, NE 68333

October 6, 2005.                    BY THE COURT:

                                    s/ *Richard G. Kopf*
                                    United States District Judge