IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DANIEL LARA HERMOSILLO, | ) | 4:05CV3240 |
| | ) | |
| Petitioner, | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| MARIA DOLORES GUITERREZ, | ) | |
| | ) | |
| Respondent. | ) | |

The court has received a communication from the United States Central Authority Hague Convention on the Civil Aspects of International Child Abduction relating to this case. Among other things, the correspondence requests "expeditious consideration" of the matter currently pending before the court. Therefore,

IT IS ORDERED that the above-referenced correspondence is herewith delivered to the Clerk of the Court and the Clerk shall file that correspondence. Furthermore, consistent with the interests of justice and the requirements of the law, the court shall give this matter expedited consideration.

October 24, 2005.         BY THE COURT:

                          s/ *Richard G. Kopf*
                          United States District Judge