IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

DANIEL LARA HERMOSILLO,    )
    )    Case No. 4:05CV3240
    Petitioner,    )
    )
    vs    )    **MEMORANDUM**
    )    **AND ORDER**
MARIA DOLORES GUITERREZ,    )
    )
    Respondent.    )

This is a Hague Convention Child Abduction case. The United States Central Authority has requested that this matter be expedited. After consultation with counsel, and the guardian ad litem, and with their agreement,

IT IS ORDERED that this case will be expedited and resolved using the following schedule:

1. The temporary restraining order (filing 14) and the order providing visitation to the petitioner (filing 18) shall remain in effect and shall be adhered to by the parties and the guardian ad litem until further order of the court.

2. The respondent shall file a response (answer) no later than November 4, 2005. The guardian ad litem may file a pleading setting forth his views by November 4, 2005, but he is not required to do so.

3. The parties and the guardian ad litem shall exchange exhibit lists and copies of exhibits no later than November 11, 2005.

4. The parties and the guardian ad litem shall submit pretrial briefs on or before November 18, 2005.

5.    A non-jury trial lasting no longer than one day is scheduled for Monday, December 5, 2005, commencing at 9:00 AM and concluding by 4:30 P.M.  The parties and the guardian ad litem shall be present.  The minor child need not be present unless otherwise ordered by this court.  The court will allow the guardian ad litem, who is also a lawyer, to fully participate in the trial.  If the guardian ad litem wishes to present evidence in addition to that submitted through the parties, he will be allowed to do so immediately following the evidentiary presentation of the parties.

6.    The parties and the guardian ad litem shall submit post-trial briefs on or before December 16, 2005, whereupon this matter will be submitted for decision.

7.    The motion for continuance (filing 20) submitted by the respondent is granted as provided herein and otherwise denied.

8.    The Clerk of the Court shall procure an interpreter for the trial.  The costs of the interpreter shall initially be paid from the Federal Practice Fund, but the costs of the interpreter (including the fees of the interpreter for the prior hearing) shall ultimately be taxed as costs against the losing side.  The court also notifies the parties that the costs of the guardian ad litem and his counsel shall initially be paid from the Federal Practice Fund, but those costs shall likewise be taxed as costs.  A copy of this memorandum and order shall be provided to Chief Judge Bataillon for his information and pursuant to the Federal Practice Fund Plan.

October 26, 2005                    BY THE COURT:

                                    s/Richard G. Kopf
                                    United States District Judge