IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DANIEL LARA HERMOSILLO, | ) | 4:05CV3240 |
| | ) | |
| Petitioner, | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| MARIA DOLORES GUITERREZ, | ) | |
| | ) | |
| Respondent. | ) | |

IT IS ORDERED that:

1. Respondent's motion to dismiss (filing 26) is denied without prejudice to reassertion of the arguments at the time of trial.

2. Respondent shall file an answer on or before November 10, 2005.

November 7, 2005.                BY THE COURT:

                                 s/ *Richard G. Kopf*
                                 United States District Judge