IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DANIEL LARA HERMOSILLO, | ) | 4:05CV3240 |
| | ) | |
| Petitioner, | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| MARIA DOLORES GUITERREZ, | ) | |
| | ) | |
| Respondent. | ) | |

IT IS ORDERED that Respondent's motion for leave to file an amended answer (filing 54) is granted. The amended answer shall be filed and served on or before November 28, 2005.

November 23, 2005.   BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge