IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DANIEL LARA HERMOSILLO, | ) | 4:05CV3240 |
| | ) | |
| Petitioner, | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| MARIA DOLORES GUITERREZ, | ) | |
| | ) | |
| Respondent. | ) | |

Treating the parties' joint stipulation (filing 53) as a motion to seal documents, filed pursuant to NECivR 7.5,

IT IS ORDERED that the motion is granted in part and denied in part, as follows:

1. All depositions and all documents produced in response to the court's order of November 14, 2005 (filing 45), if filed with the court, shall be filed under seal, and the contents thereof shall not be disclosed by the parties or their counsel to anyone outside the course of this proceeding.

2. Any exhibits filed with the court evidencing the immigration status of Respondent or the parties' minor child shall be filed under seal.

3. In all other respects, the motion is denied.

November 23, 2005.          BY THE COURT:

                            s/ *Richard G. Kopf*
                            United States District Judge