IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DANIEL LARA HERMOSILLO, | ) | |
| | ) | |
| Petitioner, | ) | 4:05CV3240 |
| | ) | |
| v. | ) | |
| | ) | |
| MARIA DOLORES GUITERREZ, | ) | ORDER |
| | ) | |
| Respondent. | ) | |
| | ) | |

Magistrate Judge Piester has recused himself from this case.

IT THEREFORE HEREBY IS ORDERED,

The clerk shall refer the file to the Chief Judge for reassignment to a different magistrate judge.

DATED this 4th day of January, 2006.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge