IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DANIEL LARA HERMOSILLO, | ) |
| Petitioner, | )  4:05CV3240 |
| v. | ) |
| MARIA DOLORES GUITERREZ, | )  REASSIGNMENT ORDER |
| Respondent. | ) |

Pursuant to the recusal of Magistrate Judge David L. Piester (Filing No. 68) in the above matter,

IT IS ORDERED that this case is reassigned to Magistrate Judge F.A. Gossett for judicial supervision and processing of all pretrial matters.

DATED this 4th day of January, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge