IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DANIEL HERMOSILLO LARA, ) | |
| ) | |
| Petitioner, ) | |
| ) | 4:05CV3240 |
| vs. ) | |
| ) | ORDER |
| MARIA DOLORES GUTIERREZ, ) | |
| ) | |
| Respondent. ) | |

This case is before the court on the Respondent's Motion to Expedite Court-Ordered Settlement Conference [72]. Appearing telephonically were Kevin L. Ruser and Christopher Seifert, a Certified Sr. Law Student, representing the Petitioner; Gail S. Perry representing the Respondent; and Joel G. Lonowski, the Guardian Ad Litem.

Argument on the motion was heard, and being fully advised,

**IT IS ORDERED:**

1. The Motion to Expedite Court-Ordered Settlement Conference [72] is denied.

2. The Court's Order [71] of March 16, 2006 remains in full force and effect, and the settlement conference will be held on **May 18, 2006 at 1:00 p.m.**, as scheduled.

Dated this 30th day of March 2006.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge