IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DANIEL LARA HERMOSILLO, | ) | 4:05CV3240 |
| | ) | |
| Petitioner, | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| MARIA DOLORES GUITERREZ, | ) | |
| | ) | |
| Respondent. | ) | |

The respondent has elected not to respond to the petitioner's motion to dismiss. (See Filing 78.) With that in mind, and after careful consideration,

IT IS ORDERED that:

(1) This case is dismissed without prejudice. A separate judgment will be issued.

(2) The guardian ad litem, Joel Lonowski, is requested to submit his application for fees and expenses to the undersigned no later than May 24, 2006. The court thanks Mr. Lonowski for his excellent service.

(3) The court acknowledges that Gail S. Perry and Molly M. Egley Brummond have represented respondent on a pro bono basis. The court thanks them both for their excellent service.

April 24, 2006.                     BY THE COURT:

                                    s/ *Richard G. Kopf*
                                    United States District Judge