IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DANIEL HERMOSILLO LARA,         )<br>                                 )<br>        Petitioner,              )<br>                                 )<br>v.                               )<br>                                 )<br>MARIA DOLORES GUITERREZ,         )<br>                                 )<br>        Respondent.              ) | Case No. 4:05CV3240<br><br>**MEMORANDUM**<br>**AND ORDER** |

The above-titled action was dismissed without prejudice on April 24, 2006, with each party to bear his or her own costs. Accordingly,

IT IS ORDERED that:

(1) Petitioner's motion for bond disbursement (filing 82) is granted, and the $100 cash bond posted by Petitioner on or about October 5, 2005, shall be returned.

(2) Payment shall be sent to Petitioners' attorney of record, Kevin Ruser, at the Civil Clinical Law Program, University of Nebraska College of Law, 172 Welpton Courtroom, Lincoln, NE 68583-0902.

April 26, 2006                      BY THE COURT:

                                    s/ *Richard G. Kopf*
                                    United States District Judge