IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DANIEL LARA HERMOSILLO, | ) | 4:05CV3240 |
| | ) | |
| Petitioner, | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| MARIA DOLORES GUITERREZ, | ) | |
| | ) | |
| Respondent. | ) | |

On September 28, 2005, pursuant to Federal Rule of Civil Procedure 17(c) and the Federal Practice Fund Plan ¶ III.B, I appointed Joel G. Lonowski as guardian ad litem for the minor child and also as counsel for the guardian ad litem. (Filing 14.) This matter is now concluded, and Mr. Lonowski has filed an application for payment of attorney fees and expenses. (Filing 83.) Any such payment must be authorized by the Chief Judge. See Federal Practice Fund Plan ¶ VI.J.

Upon review of Mr. Lonowski's application, I find that the number of billable hours for attorney fees (14.30 hours) and the amount of out-of-pocket expenses incurred ($28.63) are both fair and reasonable, and I recommend to Chief Judge Bataillon that payment for the same be authorized from the Federal Practice Fund. I also find and recommend that a reasonable hourly rate for counsel's services in this matter would be $90 per hour. Accordingly,

IT IS ORDERED that the guardian ad litem's application for fees and expenses (filing 83) is referred to Chief Judge Bataillon with the recommendation that payment be made from the Federal Practice Fund in the amount of $1,287.00 for attorney fees and in the amount of $28.63 for expenses, for a total payment of $1,315.63.

May 18, 2006.            BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge