IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DANIEL LARA HERMOSILLO, ) | |
| ) | |
| Petitioner, ) | 4:05CV3240 |
| ) | |
| v. ) | |
| ) | ORDER |
| MARIA DOLORES GUITERREZ, ) | |
| ) | |
| Respondent. ) | |

This matter is before the court on attorney Joel Lonowski's application for attorney fees and expenses, Filing No. 83. Mr. Lonowski was appointed as guardian ad litem for the minor child and also as counsel for the guardian ad litem pursuant to Federal Rule of Civil Procedure 17(c) and the Federal Practice Fund Plan ¶ III.B. Filing 14.

United States District Court Judge Richard Kopf, who is familiar with the case, has reviewed Mr. Lonowski's application for fees and expenses and finds that the number of billable hours for attorney fees (14.30 hours) and the amount of out-of-pocket expenses incurred ($28.63) are both fair and reasonable. Filing No. 85. Judge Kopf further finds that a reasonable hourly rate for counsel's services in this action is $90.00 per hour. *Id.* Judge Kopf recommends that payment of the fees and expenses from the Federal Practice Fund should be authorized. Accordingly,

IT IS ORDERED:

1. Funds in the amount of $1,287.00 for attorney fees and in the amount of $28.63 for expenses, for a total payment of $1,315.63, shall be disbursed from the Federal Practice Fund to Joel G. Lonowski.

2. A copy of this memorandum and order shall be provided to Pat Williamson of the Clerk's Office so that he may make the appropriate bookkeeping entry for the Federal Practice Fund.

DATED this 23rd day of May, 2006.

BY THE COURT:

s/Joseph F. Bataillon
United States District Judge